UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN HENN, JR., <br><br> Plaintiff, <br><br> v. <br><br> MADISON COUNTY JAIL, MIKE HARE, JOHN D. LAKIN, and CHRISTOPHER EALES, <br><br> Defendants. | Case No. 18-cv-588-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:
- Count 1, plaintiff Steven Henn, Jr.'s claim against defendant Mike Hare for excessive force on March 9, 2018, in violation of the Fourteenth Amendment;
- Count 2, plaintiff Steven Henn, Jr.'s claim against defendants John D. Lakin and Christopher Eales for an unconstitutional policy of failing to adequately train staff in the use of force in violation of the Fourteenth Amendment and allowed staff to violate the Fourteenth Amendment; and
- Count 3, for placing Steven Henn, Jr. in a cell without hot water and forcing him to sleep on the floor for five nights in violation of the Fourteenth Amendment; and

IT IS FURTHER ORDREED AND ADJUDGED that all claims in this case against defendant Madison County Jail are dismissed with prejudice.
.
**DATED:   December 19, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
 **J. PHIL GILBERT
 DISTRICT JUDGE**